UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH POLEE,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTRAL CONTRA COSTA TRANSIT AUTHORITY (CCCTA),<br><br>    Defendants. | Case No. 18-cv-05405-SI (SI)<br><br>AMENDED<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 16, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 27, 2019.

DESIGNATION OF EXPERTS: December 16, 2019; REBUTTAL: January 10, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 24, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 7, 2020;
    Opp. Due: February 21, 2020; Reply Due: February 28, 2020;
    and set for hearing no later than March 13, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 31, 2020 at 3:30 PM.

JURY TRIAL DATE: April 13, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties are to comply with General Order #71.
This case shall be referred to a magistrate-judge for settlement (except for Judge Beeler and Judge Ryu). The settlement conference shall occur in either June or July 2019.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:

SUSAN ILLSTON
United States District Judge