| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

KEITH POLEE,

    Plaintiffs,

    v.

CENTRAL CONTRA COSTA TRANSIT AUTHORITY (CCCTA),

    Defendants.

Case No. 18-cv-05405-SI (SI)

**SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 13, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 27, 2019.

DESIGNATION OF EXPERTS: January 6, 2020; REBUTTAL: January 17, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 14, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 7, 2020;
    Opp. Due: February 21, 2020; Reply Due: February 28, 2020;
    and set for hearing no later than March 13, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 31, 2020 at 3:30 PM.

JURY TRIAL DATE: April 13, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in a follow-up settlement conference with Magistrate-Judge Kim in November 2019.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/16/19

_____
SUSAN ILLSTON
United States District Judge