| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

KEITH POLEE,

        Plaintiffs,

    v.

CENTRAL CONTRA COSTA TRANSIT AUTHORITY (CCCTA),

        Defendants.

Case No. 18-cv-05405-SI (SI)

**THIRD AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 13, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 28, 2020.

DESIGNATION OF EXPERTS: March 2, 2020; REBUTTAL: March 13, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 3, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 17, 2020;
    Opp. Due: May 1, 2020; Reply Due: May 8, 2020;
    and set for hearing no later than May 22, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: July 14, 2020 at 3:30 PM.

JURY TRIAL DATE: July 27, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall participate in a follow-up settlement conference with Magistrate-Judge Kim in late February 2020.

The parties shall meet and confer regarding any discovery dispute. The Court granted the parties leave to file separate letter briefs.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 12/17/19

_____
SUSAN ILLSTON
United States District Judge