UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH POLEE, <br>       Plaintiff, <br>   v. <br> CENTRAL CONTRA COSTA TRANSIT AUTHORITY (CCCTA), <br>       Defendant. | Case No. 3:18-cv-05405-SI <br><br> **JUDGMENT** |

Plaintiff has accepted defendant's Offer of Judgment of February 29, 2020. Accordingly, judgment is entered in favor of plaintiff in the amount of $250,000, plus reasonable attorneys' fees and costs in an amount to be determined by the Court.

**IT IS SO ORDERED**.

Dated: March 10, 2020

_____
SUSAN ILLSTON
United States District Judge