UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH POLEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL CONTRA COSTA TRANSIT AUTHORITY (CCCTA),<br><br>　　　　　　Defendant. | Case No. 3:18-cv-05405-SI<br><br>**ORDER EXTENDING DEADLINE TO FILE MOTION FOR FEES AND COSTS** |

Plaintiff's deadline to file a motion for fees and costs is extended by an additional 60 days.

**IT IS SO ORDERED**.

Dated: March 10, 2020

SUSAN ILLSTON
United States District Judge